January 20, 1984.

470 A.2d 1023

Coleman, Appellant, v. Fisher.

Submitted October 14, 1983. John Patrick Lydon, for appellant; Louis Anstandig, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of the learned Allegheny County Common Pleas Court Judge Francis A. Barry is affirmed.